

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2020

No. 04-20-00037-CR

Kevin Jon **WARNKEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 19-02-0029-CRA
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant's first unopposed motion for an extension of time to file the appellant's brief is granted in part. We order the appellant's brief due by April 27, 2020.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court